UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MICHAEL SALMON,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:20-cr-00057

**REPORT AND RECOMMENDATION**

    Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on August 11, 2020, after receiving the written consent of defendant and all counsel.  At the hearing, defendant David Michael Salmon entered a plea of guilty to count 1 of Indictment in exchange for the undertakings made by the government in the written plea agreement.  Count 1 charges defendant with conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine, and amounts of cocaine and methylenedioxymethamphetamine, in violation of  21 U.S.C. §§ 846 and 841(a)(1).

    On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Count 1 of Indictment be accepted, and that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: August 11, 2020  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).